# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CAROLS HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:12-cv-00437-JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

    The parties have stipulated by counsel to extend the period of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 16). The Scheduling Order allows a single thirty-day extension by stipulation (Doc. 10-1 at 4), and this is the first extension requested by the parties.

    Accordingly, it is **HEREBY ORDERED**: Defendant is granted an extension of time until **January 4, 2013**, to file a response to Plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   **December 3, 2012**           /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE